### COLE *v.* GILFORD.

A person entitled to a part of the damages for which judgment should be rendered may be joined as plaintiff by amendment at any time before judgment, and may have judgment for his part, if justice will be done by such procedure.

CASE, against a town, for causing water to be discharged upon the plaintiff's land from a street drain. Facts found by a referee. The defendants' act, causing the discharge of the water, was not a reasonable use of their proprietary rights in the highway, and they are liable for the damage done. One White had the use of the land on condition of paying the taxes, and the crops belonged to him. His damages are $25, and the plaintiff's damages are $1.

*Barnard & Barnard*, for the plaintiff, cited *Gilman* v. *Laconia*, 55 N. H. 130; *Rowe* v. *Portsmouth*, 56 N. H. 291; *Parker* v.

*Nashua,* 59 N. H. 402; *Eaton* v. *Railroad,* 51 N. H. 504, 534; *Swett* v. *Cutts,* 50 N. H. 439; *Barkley* v. *Wilcox,* 86 N. Y. 140; *Inman* v. *Tripp,* 11 R. I. 520.

*E. A. Hibbard,* for the defendants.

DOE, C. J.   White, being entitled to damages, can be joined as a plaintiff by amendment, and can have judgment for $25 without costs, and Cole can have judgment for $1 and costs.   *Chauncy* v. *Ins. Co.,* 60 N. H. 428.

*Case discharged.*

CARPENTER, J., did not sit : the others concurred.